1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KRZYSZTOF ZAZIRSKI, | CASE NO: CV12-4202 CAS(PJX) |
|---|---|
| Plaintiff, | Assigned for all purposes to:<br>Honorable Christina A. Snyder<br>Dept. 5 |
| vs. | |
| NEW ALBERTSON'S, INC.;<br>AMERICAN STORES COMPANY,<br>LLC; AND DOES 2 THROUGH 40,<br>INCLUSIVE, | **ORDER OF DISMISSAL OF<br>ACTION *WITH PREJUDICE*** |
| | Date Filed:       February 6, 2012<br>Date Removed:  May 14, 2012<br>Trial Date:        February 19, 2013 |
| Defendant(s). | |

-1-
ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

4845-1164-4944\1

## ORDER

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED THAT: the Complaint filed by Plaintiff Krzysztof Zazirski against Defendants New Albertson's, Inc. and American Stores Company, LLC in this action, and all causes of action therein, is dismissed *with prejudice*.

This Court shall have continuing jurisdiction to interpret and enforce the provisions of the settlement agreement executed by the parties.

IT IS SO ORDERED.

DATED: October 2, 2012

By _____
Hon. Christina A. Snyder
Judge of the United States District
Court for the Central District
of California